## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **MARIA DE LOS ANGELES GONZALEZ,** | § § § § | |
| Plaintiff, | § § | NO. 7:19-CV-00145 |
| vs. | § § | |
| **GULFQUEST, LP,** | § § | |
| Defendant. | § § | |

## UNOPPOSED NOTICE OF DISMISSAL
## AND MOTION TO DISMISS WITH PREJUDICE

Plaintiff Maria de los Angeles Gonzalez ("Gonzalez") announces that all matters in dispute in this action against Defendant GulfQuest, LP ("GulfQuest") have concluded. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Gonzalez files this notice and moves to dismiss this action with prejudice to refiling, with each party to bear its own costs and attorneys' fees, and requests that the Court sign and enter the Agreed Order of Dismissal with Prejudice submitted with this Motion.

Respectfully submitted,

/s/ Juan M. Gonzalez
Juan M. Gonzalez
State Bar No. 24002158
Law Office of Juan M. Gonzalez
403 W. Cypress
San Antonio, Texas 78212
jgonzalez@mgo-law.com
juangmgo@gmail.com

**ATTORNEY FOR PLAINTIFF MARIA DE LOS ANGELES GONZALEZ**

## CERTIFICATE OF CONFERENCE

I certify that counsel for the parties conferred regarding the relief sought in the foregoing Motion. Counsel for GulfQuest agrees to the relief sought in the foregoing Motion.

/s/ Juan M. Gonzalez
Juan M. Gonzalez

## CERTIFICATE OF SERVICE

I certify that on June 26, 2020, this document was electronically filed with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the CM/ECF system, which will send notice to all parties:

Katherine E. Flanagan
Jonathan A. Sprague
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
kflanagan@littler.com
jsprague@littler.com

*/s/ Juan M. Gonzalez*
Juan M. Gonzalez