United States District Court
Southern District of Texas
**ENTERED**
June 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA DE LOS ANGELES GONZALEZ, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00145 |
| | § | |
| GULFQUEST, LP, | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Unopposed Notice of Dismissal and Motion to Dismiss with Prejudice (Dkt. No. 7). As Defendant has not served an answer or a motion for summary judgment, this case may be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* FED. R. CIV. P. 41(a)(1)(A)(i). Accordingly, the Court hereby **ORDERS** that Plaintiff's Motion is **GRANTED** and this case is **DISMISSED** with prejudice. Each party shall bear its own costs and attorneys' fees.

SO ORDERED this 30th day of June, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge